UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20585-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY BERTRAM ROACH,
LARON FRAZIER, and
NEDSON JEANOVIL

    Defendants.
_____/

## ORDER DENYING DEFENDANT FRAZIER'S MOTION FOR NEW TRIAL

THIS MATTER is before the Court upon the Motion for a New Trial of the Defendant Laron Frazier filed February 6, 2008 (D.E. #116), and the Government's response thereto filed February 15, 2008 (D.E. #117). Defendant's motion is predicated upon (1) denial of the Defendant's eve of trial motion to delay the trial, by seeking to replace his privately-retained counsel with new counsel asserting that he was "denied choice of counsel"; (2) insufficiency of evidence to sustain the jury's verdict of guilty; and, (3) violation of *Brady v. Maryland*, 373 U.S. 83 (1963).

The most casual of review of the record in this case would clearly establish to a reasonable reader that the Defendant's delay for over months to prepare and be ready for trial on the date specified in the Order setting this case for trial, coupled with his multiple switching of retained attorneys (D.E. #'s 15, 16, 21, 49, 50) and the excellent

representation he ultimately received from his privately-retained counsel Mr. Robrish throughout the trial (acquittal of two counts of the nine-count Indictment against Defendant) demonstrate the weakness of this asserted ground.[1]

The factual assertions contained in the review of the record by AUSA Koukios summarizing the substantial evidence considered by the jury in pages 5 through 8 in the Government's memorandum (D.E. #117) impels the conclusion that the evidence against the Defendant was not only sufficient, but overwhelming. The jury's decision was clearly correct in finding the Defendant Frazier guilty beyond a reasonable doubt.

With respect to withholding *Brady* material on the drug counts, for which the jury acquitted the Defendant, there is no prejudice to Frazier, even if the seriously contested issues he asserts, were true. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendant's Motion for New Trial (**D.E. #116**) be, and the same is hereby **DENIED.**

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of March, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

[1] Mr. Michael Walsh, counsel's latest and newest retained attorney was not counsel of record during the months proceeding and during trial and may therefore be excused somewhat for asserting such a baseless ground.

Copies furnished to:
James M. Koukios, AUSA
Facsimile: (305) 530-7976

Theodore G. Mastos, Esq.
999 Ponce De Leon Boulevard
Coral Gables, FL 33134-7815
**Counsel for Gary Bertram Roach**

Joel D. Robrish, Esq.
Joel D. Robrish Law Offices
848 Brickell Avenue
Suite 800
Miami, FL 33131

Michael Walsh, Esq.
46 N.E. 6th Street
Miami, FL 33132
**Counsel for Defendant Laron Frazier**